UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

United States of America,

　　　　　　　Plaintiff,

v.

$13,272.00 in United States Currency,

　　　　　　　Defendant.

Civil Action No.: 5:20-cv-289 (TJM/ATB)

---

**VERIFIED COMPLAINT FOR FORFEITURE *IN REM***

The United States of America brings this verified complaint for forfeiture *in rem* against the above-captioned asset (the "defendant currency") and alleges as follows:

**NATURE OF THE ACTION**

This is an action *in rem* brought pursuant to 21 U.S.C. § 881(a)(6) and Rule G of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions. Forfeiture is sought of the defendant currency as money furnished or intended to be furnished in exchange for a controlled substance, proceeds traceable to such an exchange, or money used or intended to be used to facilitate violations of 21 U.S.C. §§ 841 and 846.

**THE PARTIES**

1) Plaintiff is the United States of America.

2) The defendant currency is $13,272.00, which is in the custody of the United States.

**JURISDICTION AND VENUE**

3) This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355.

4) This Court has *in rem* jurisdiction over the defendant currency pursuant to 28 U.S.C. § 1355(b).

5) Venue is proper in this district pursuant to 28 U.S.C. §§ 1355 and 1395.

## FACTS

6) In 2014, the Syracuse Police Department ("SPD") began an investigation into illegal narcotics trafficking by Joevon Mitchell ("Mitchell").

7) During the course of the investigation, physical surveillance of Mitchell's activities was conducted and a series of controlled buys of cocaine were initiated.

8) Mitchell attempted to hamper law enforcement investigation by utilizing rental vehicles, which he changed frequently, and numerous "stash houses" where he stored narcotics, monetary proceeds and other related contraband.

9) Law enforcement estimated Mitchell was selling multiple ounces of cocaine at approximately $1,000.00 to $1,400.00 per ounce, making him a mid-to-high level dealer for the Syracuse area.

10) Mitchell repeatedly traveled between three locations within the City of Syracuse: 171 Maplehurst Avenue, 318 Helen Street - 1st Floor, and 408 Cannon Street.

11) 171 Maplehurst Avenue is Mitchell's primary residence.

12) Based on SPD's observations of Mitchell's activities, it was determined that 318 Helen Street - 1st Floor and 408 Cannon Street were being utilized by Mitchell as stash houses.

13) On October 8, 2019, SPD applied for and were granted state search warrants for the two stash houses and Mitchell's residence, as well as one of Mitchell's vehicles. The warrants were signed by Hon. James Cecile, Syracuse City Court Judge.

14) On October 9, 2019, at approximately 5:40 A.M., law enforcement officers from SPD and various local agencies simultaneously executed the search warrants.

**Search of 171 Maplehurst Avenue, Syracuse, New York**

15) At the time of the search of his residence on Maplehurst Avenue, Mitchell, his girlfriend, Nakeema Whitehead ("Whitehead"), and their two young children were present. Mitchell was detained separately while the search was conducted.

16) Mitchell admitted that he had a large amount of cash in the residence because he was getting ready to "re-up" his supply [of drugs] by purchasing 7.5 ounces of cocaine and a quantity of marijuana at 5:00 P.M. that evening.

17) Mitchell repeatedly stated: "It's all mine, whatever here [171 Maplehurst Avenue] is mine."

18) While executing the search warrant, investigators observed cocaine and drug paraphernalia throughout the house, including baking soda (typically used as a cutting agent), plastic baggies used for "tie-offs[1]", 3 digital scales, a stun gun, and 6 cell phones secreted throughout the house. Cocaine residue was found throughout the kitchen and master bedroom.

19) In addition, investigators found a 9mm Luger handgun round and an electric money counter.

20) Mitchell directed investigators to the defendant currency, which was located in the children's bedroom and the master bedroom.

21) $9,000.00 in U.S. currency was located in the children's bedroom in a middle drawer under a bed, underneath children's clothing in thick, folded bundles.

22) $4,373.00 in U.S. Currency was located in the master bedroom, stuffed in thick, folded bundles in the pocket of a men's denim hoodie lying on the bed.

23) In the detached garage, under the seat of a children's electric riding toy,

---

[1] To package a drug, such as cocaine, into a smaller portion for sale, a portion of cocaine in an intact sandwich bag is filtered to a single corner of the baggie and the baggie is then "tied off," leaving remnants of torn plastic baggie.

investigators located approximately 14 grams of cocaine.

### Search of 318 Helen Street, Syracuse New York

24) Helen Street was a known stash house and makeshift laboratory where Mitchell stored cocaine and cooked crack for resale. The apartment was sparsely furnished.

25) While executing a warrant at this building, investigators observed loose amounts of residual cocaine scattered across the kitchen countertops and several cabinet drawers, four digital scales, an opened box of a cutting agent, a spoon, a sifter, a glass measuring cup and a bowl, all covered in a fine residue of cocaine.

### Search of 408 Cannon Street

26) 408 Cannon Street, Syracuse, New York is the home of Mitchell's mother, Desma Mitchell, and her boyfriend, Gary Edwards.

27) Within the residence, investigators found eight digital scales which tested positive for cocaine residue, more plastic baggies used for "tie-offs", an assortment of black rubber bands, and a round of 9mm ammunition.

28) In the basement, investigators found ammunition, a vacuum sealed bag containing cocaine residue, and a Hungarian Interarms 9mm handgun, serial no.: 02136, in a box wrapped in a knit hat.

29) In a shoebox on a stairwell leading to the upstairs bedrooms, investigators found two additional firearms, a loaded Glock model 19, 9mm handgun, serial no.: AYY749 US, and a loaded SCCY CPX-1 9mm handgun, serial no.: 032222, along with a partially full box of 9mm ammunition.

30) Mitchell was arrested and charged with Criminal Possession of a Controlled Substance in the 3rd, 4th and 7th degrees, Criminal Use of Drug Paraphernalia in the 2nd degree and

Criminal Possession of a Weapon in the 4th degree. Mitchell met bail and his case is currently pending prosecution with the Onondaga County District Attorney's Office.

31) Whitehead was arrested and charged with Criminal Possession of a Controlled Substance in the 3rd, 4th and 7th degrees, Criminal Use of Drug Paraphernalia in the 2nd degree and Criminal Possession of a Weapon in the 4th degree. Whitehead met bail and her case is currently pending prosecution with the Onondaga County District Attorney's Office.

32) In December 2019, Whitehead filed an administrative claim with the Drug Enforcement Administration to the $13,000.00 that was seized from the Maplehurst Drive residence. She swore, under penalty of perjury, that she earned all of the money as a Certified Nursing Assistant.

33) In December 2019, Mitchell filed an administrative claim with the Drug Enforcement Administration to the $272.00 that was seized from the Maplehurst Drive residence. He swore, under penalty of perjury, that he earned the money cutting hair.

## CONCLUSION

34) As required by Supplemental Rule G(2)(f), the facts set forth above support a reasonable belief that the government will be able to meet its burden of proof at trial. Specifically, probable cause exists to believe that the defendant currency is money furnished or intended to be furnished in exchange for a controlled substance, proceeds traceable to such an exchange, or money used or intended to be used to facilitate violations of 21 U.S.C. §§ 841 and 846.

WHEREFORE, pursuant to Supplemental Rule G, plaintiff the United States of America, respectfully requests that the Court:

a) Issue a warrant of arrest *in rem*, in the form submitted with this complaint;

b) Direct any person having any claim to the defendant currency to file and serve their

verified claims and answers as required by 18 U.S.C. § 983(a)(4) and Supplemental Rule G;

    c)    Enter judgment declaring the defendant currency to be forfeited and condemned to the use and benefit of the United States; and

    d)    Award such other and further relief to the United States as it deems proper and just.

Dated: March 13, 2020

Respectfully Submitted,

GRANT C. JAQUITH
United States Attorney

By:    /s/ Mary E. Langan
Mary E. Langan
Assistant United States Attorney
Bar Roll No. 518971

## VERIFICATION

STATE OF NEW YORK        )
                         ) ss:
COUNTY OF ONONDAGA       )

Scott Henderson, being duly sworn, deposes and states:

I am a Detective with the Syracuse Police Department. I have read the foregoing Complaint for Forfeiture and assert that the facts contained therein are true to the best of my knowledge and belief, based upon knowledge possessed by me and/or on information received from other law enforcement officers

Dated this _13th_ day of March, 2020.

_____
Scott Henderson, Detective
Syracuse Police Department

Sworn to and subscribed before me this _13th_ day of March, 2020.

_____
Notary Public

DEANNA LIEBERMAN
Notary Public, State of New York
No. 01LI6105102
Qualified in WAYNE County
Commission Expires FEBRUARY 2, 2024

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

## DEFENDANTS
$13,272.00 in United States Currency,

**(b)** County of Residence of First Listed Plaintiff: Onondaga
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Onondaga
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Mary E. Langan, Assistant U.S. Attorney (315) 448-0650
United States Attorney's Office, 100 South Clinton Street
Syracuse, New York 13261

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 362 Personal Injury - Med. Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 365 Personal Injury - Product Liability | [X] 625 Drug Related Seizure of Property 21 USC 881 | | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | [ ] 630 Liquor Laws | **PROPERTY RIGHTS** | [ ] 450 Commerce |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability / [ ] 368 Asbestos Personal Injury Product Liability | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 650 Airline Regs. | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability / **PERSONAL PROPERTY** / [ ] 370 Other Fraud | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 480 Consumer Credit |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle / [ ] 371 Truth in Lending | [ ] 690 Other | | [ ] 490 Cable/Sat TV |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability / [ ] 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | [ ] 810 Selective Service |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury / [ ] 385 Property Damage Product Liability | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/Exchange |
| [ ] 195 Contract Product Liability | | [ ] 720 Labor/Mgmt. Relations | [ ] 862 Black Lung (923) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 196 Franchise | | [ ] 730 Labor/Mgmt.Reporting & Disclosure Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | [ ] 740 Railway Labor Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 441 Voting / [ ] 510 Motions to Vacate Sentence | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 892 Economic Stabilization Act |
| [ ] 220 Foreclosure | [ ] 442 Employment | [ ] 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/Accommodations / **Habeas Corpus:** | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 894 Energy Allocation Act |
| [ ] 240 Torts to Land | [ ] 444 Welfare / [ ] 530 General | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 895 Freedom of Information Act |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment / [ ] 535 Death Penalty | **IMMIGRATION** | | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other / [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 440 Other Civil Rights / [ ] 550 Civil Rights | [ ] 463 Habeas Corpus - Alien Detainee | | |
| | / [ ] 555 Prison Condition | [ ] 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
21USC 881(a)(6)
Brief description of cause:
Drug proceeds/facilitation

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 03/13/2020
SIGNATURE OF ATTORNEY OF RECORD: s/Mary E. Langan

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT: Waived  APPLYING IFP _____ JUDGE: TJM  MAG. JUDGE: ATB

5:20-cv-289

[Print] [Save As...] [Export as FDF] [Retrieve FDF File] [Reset]